CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEI WEI,<br><br>        Plaintiff,<br><br>  v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 4:25-cv-02508 DMR<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

       The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 5, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

       1.     Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for August 7, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
C 4:25-cv-02508 DMR                    1

1 | circumstances that would require additional time for adjudication. If USCIS needs to reschedule
2 | Plaintiff's interview, USCIS will do its best to reschedule within four weeks of the initial appointment.

3 |     2.    Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to
4 | ten days prior to the agreed upon scheduled interview.  Plaintiff agrees that failure to timely submit this
5 | evidence may result in the rescheduling of the interview at no fault of USCIS.

6 |     3.    If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his
7 | asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-
8 | provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to his
9 | interview may result in the interview being rescheduled at no fault of USCIS.

10 |     4.    Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the
11 | case.

12 |     5.    The parties agree to bear their own litigation costs and attorney fees.

13 |     Accordingly, the parties stipulate and request that the proceedings in this case be stayed until
14 | December 5, 2025, at which time the parties will file a joint status report with the Court. At that time,
15 | the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if
16 | appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
17 | case will benefit the parties and conserve the Court's resources while the parties pursue a potential
18 | administrative resolution.

19 | Dated: June 18, 2025                                            Respectfully submitted,[2]

20 |                                                         CRAIG H. MISSAKIAN
                                                        United States Attorney

22 |                                                         */s/ Elizabeth D. Kurlan*
23 |                                                         ELIZABETH D. KURLAN
                                                        Assistant United States Attorney
                                                        Attorneys for Defendants

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 4:25-cv-02508 DMR                      2

Dated: June 18, 2025                /s/ Pei Wei
                                    PEI WEI
                                    *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 20, 2025



_____
DONNA M. RYU
United States Chief Magistrate Judge

Stipulation to Stay
C 4:25-cv-02508 DMR                     3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document:

**Stipulation to Stay Proceedings; [Proposed] Order**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Pei Wei
43143 Washington Cmn
Fremont, CA  94539

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 18, 2025

                                                                      */s/ Tiffani Chiu*
                                                                        TIFFANI CHIU
                                                                        Paralegal Specialist